IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01480-RPM

MARY CLARK,

    Plaintiff,

v.

JOHN YATES,
in his individual and official capacity as an Aurora Police Officer and
DANIEL J. OATES,
in his individual and official capacity as the Aurora Chief of Police,

    Defendants.
_____

## ORDER SETTING SCHEDULING CONFERENCE
_____

    Pursuant to D.C.COLO.LCivR 16, it is

    ORDERED that a scheduling conference will be held on **September 18, 2012, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 11/11). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on September 13, 2012.** The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>. No parties or representatives of parties will be permitted to attend. It is

    Dated: July 31st, 2012

                                      BY THE COURT:

                                      s/ Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge