**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01480-RPM

MARY CLARK,

      Plaintiff,

v.

JOHN YATES, in his Individual and Official Capacity as an Aurora Police Officer,
DANIEL J. OATES, in his Individual and Official Capacity as the Aurora Chief of Police,

      Defendants.

_____

**ORDER GRANTING MOTION TO AMEND COMPLAINT**
_____

      This matter comes before the Court on the Plaintiff's Unopposed Motion to Amend the

Complaint [23]. Having reviewed the Motion, the Amended Complaint, and being fully advised, the

Court hereby Orders the Motion is GRANTED, and ACCEPTS the Amended Complaint attached

thereto.

      Dated this 28th day of September, 2012

                         BY THE COURT:

                         s/Richard P. Matsch

                         _____

                         Richard P. Matsch, Senior District Judge