**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                         November 20, 2012
Courtroom Deputy:   J. Chris Smith
FTR Technician:        Kathy Terasaki
_____

Civil Action No. 12-cv-01480-RPM

MARY CLARK,                                                                               Cheryl L. Trine

      Plaintiff,

v.

JOHN YATES, in his individual and                                                Marc Colin
official capacity as an Aurora Police Officer, and                       Peter R. Morales
CITY OF AURORA,                                                                         Jonathan M. Watson

      Defendants.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for IME**

**10:23 a.m.          Court in session.**

Court's preliminary remarks.

Ms. Trine answers questions asked by the Court regarding the accuracy of the exhibits attached to the defendants' motion.

Argument by Ms. Trine.

**ORDERED:      Motion for Independent Medical Examination [26], is granted.**

Mr. Watson answers questions asked by the Court regarding the expert who will conduct the examination and where it will be held.

Ms. Trine states she has no objection to the qualifications of defendants' expert.

Court states counsel should confer regarding scheduling of the examination.

**10:30 a.m.          Court in recess.**

Hearing concluded.  Total time: 7 min.