# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                  February 8, 2013
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 12-cv-01480-RPM

| | |
|---|---|
| MARY CLARK, | Cheryl L. Trine |
|       Plaintiff, | |
| v. | |
| JOHN YATES, in his individual and | Marc Colin |
| official capacity as an Aurora Police Officer, and | Peter R. Morales |
| DANIEL J. OATES, in his individual and | Jonathon M. Watson |
| official capacity as the Aurora Chief of Police | |
|       Defendants. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Motion to Withdraw As Counsel**

**11:30 a.m.**     **Court in session.**

Plaintiff present.

Court's preliminary remarks.

**ORDERED:**  **Defendants' Motion to Restrict Exhibit J to Previously Filed Document [36] is granted and all other exhibits filed related to this matter are sealed [36] and [39].**

11:34 a.m.     Ms. Clark answers questions asked by the Court.

Ms. Clark states she understands the issues regarding Ms. Trine's request to withdraw.
Statements by Ms. Clark.

Discussion between Court and Ms. Clark.

Argument by Mr. Colin.

**ORDERED:**  **Motion to Withdraw as Counsel of Record for Plaintiff Mary Clark [34] is denied. Plaintiff shall attend I.M.E. when scheduled and results shall be provided to counsel and filed under the appropriate restrictions.**

**11:45 a.m.**     **Court in recess.**     Hearing concluded.  Total time: 15 min.