IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01480-RPM

MARY CLARK,

    Plaintiff,

v.

JOHN YATES,
in his individual and official capacity as an Aurora Police Officer and
CITY OF AURORA,

    Defendants.

_____

ORDER RESTRICTING DOCUMENT
_____

The Court having reviewed Defendants' Unopposed Motion for Court Approval of Settlement and the documents attached thereto [44], it is

ORDERED that Exhibit A, Release and Settlement Agreement [44-2], attached to the Defendants' Unopposed Motion for Court Approval of Settlement, is restricted as Level 1 access and sealed.

Dated: March 12th, 2013

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____

                                          Richard P. Matsch, Senior District Judge