**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Civil Action No.   12-cv-01480-RPM*

MARY CLARK,

       Plaintiff,

v.

CITY OF AURORA, COLORADO; and
JOHN YATES, in his individual and official capacity as an Aurora Police Officer,

       Defendants.

---

**ORDER REGARDING JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT**

---

THIS MATTER came before the Court on the parties Joint Motion for Court Approval of Settlement and the Court, having reviewed the motion, and being fully advised of the premises, hereby orders that the motion is **GRANTED.**

**IT IS ORDERED** that:

    (1)    the Release and Settlement Agreement between the parties is approved;

    (2)    all claims against Defendant Officer John Yates, in his individual and official capacities, are dismissed with prejudice;

    (3)    the case caption is amended to accurately reflect that the City of Aurora is the only Defendant involved in this case; and

    (4)    the Stipulation for Dismissal with Prejudice of the Defendant City of Aurora is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is dismissed, all parties to pay their own costs and attorneys' fees.

DONE this 12 day of March, 2013.

BY THE COURT

s/Richard P. Matsch

_____
Richard P. Matsch
United States District Court Judge